UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEOSHAMOND NORMAN (#407759)

VERSUS                                          CIVIL ACTION

CORNEL HUBERT, ET AL                            NUMBER 07-765-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that petition of Theoshamond Norman for a writ of habeas corpus shall be dismissed, with prejudice, as untimely pursuant to 28 U.S.C. §2244(d).

IT IS FURTHER ORDERED that the petitioner's motion to withdraw shall be DENIED.

Baton Rouge, Louisiana, January 31, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45044